IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **MANITOU ISLAND TRANSIT, LLC**<br><br>    Plaintiff,<br><br>v.<br><br>**THE UNITED STATES**<br><br>    Defendant. | No. **25-218 C** |

## NOTICE OF DIRECTLY RELATED CASE

Pursuant to Rule 40.2 of the Rules of Court of Federal Claims, Plaintiff, Manitou Island Transit, LLC, for its Notice of Directly Related Case, states as follows:

Prior Case Title: Manitou Island Transit, LLC v. The United States

Prior Case No. 21-953 C

Assigned to Judge Thompson M. Dietz

The related cases both involve the same parties and the same contract. Specifically, both cases involve a dispute between Manitou Island Transit, LLC ("MIT") and the United States regarding a Concessions Contract that conveys MIT rights to ferry passengers to North and South Manitou Island ("Islands") on Lake Michigan. This Court's prior order requires the United States through the National Park Service ("NPS") to maintain the Islands docks "in a condition that ensures access by MIT's ferries for the duration of the seasonal operating schedule." *Manitou Island Transit, LLC v. United States*, 168 Fed. Cl. 218, 227 (2023). Nevertheless, NPS has again failed to render the dock on North Manitou Island accessible to MIT for the 2024 ferry season, and, by correspondence date October 24, 2024, stated a clear and unqualified refusal to render North Manitou Island accessible to MIT in 2025, and South Manitou Island accessible to MIT in 2026.

Assignment to a single judge is likely to conserve judicial resources and promote an efficient determination of the action.

Dated: February 6, 2025                    Respectfully submitted,

                                           **THE FIERBERG NATIONAL LAW**

**GROUP, PLLC**

<u>/s/ Douglas E. Fierberg by s/Bailor Bell</u>
Douglas E. Fierberg, Esq. – Attorney of Record
Bailor Bell, Esq. – Of Counsel
Counsel for MIT
201 East 17th Street, Suite A
Traverse City, MI  49684
dfierberg@tfnlgroup.com
bbell@tfnlgroup.com
Telephone: 231-933-0180
Facsimile: 231-252-8100