IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MANITOU ISLAND TRANSIT, LLC | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 25-218C |
| | ) | Judge Dietz |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of _____ Bryan M. Byrd _____, as attorney of record

for the United States.  Service of all papers by opposing parties should be addressed as follows:

Bryan M. Byrd
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C.  20044

/s/ Bryan M. Byrd
Bryan M. Byrd
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 305-7607
Facsimile:  (202) 305-7644

Email: bryan.m.byrd@usdoj.gov

Dated: February 24, 2025