# In the United States Court of Federal Claims

No. 25-218
(Filed: May 21, 2025)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| MANITOU ISLAND TRANSIT, LLC, | \* |
| | \* |
| Plaintiff, | \* |
| | \* |
| v. | \* |
| | \* |
| THE UNITED STATES, | \* |
| | \* |
| Defendant. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SCHEDULING ORDER

On May 15, 2025, the parties filed a joint motion for an enlargement of time—of 90 days—for the defendant to file its response to the complaint. [ECF 8]. The Court **GRANTS** the joint motion for an enlargement of time. Defendant shall file its response to the complaint **no later than August 20, 2025**.

**IT IS SO ORDERED.**

s/ Thompson M. Dietz
THOMPSON M. DIETZ, Judge