IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MANITOU ISLAND TRANSIT, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES, ) <br> ) <br> Defendant. ) | No. 25-218C <br> (Judge Dietz) |

NOTICE OF SUBSTITUION AND WITHDRAWAL

To the Clerk:

In accordance with Rule 83.1(b)(3)(B), Ioana C. Meyer, enters her appearance and substitutes for Bryan M. Byrd as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

> Ioana C. Meyer
> Trial Attorney
> Commercial Litigation Branch
> Civil Division
> United States Department of Justice
> P.O. Box 480
> Ben Franklin Station
> Washington, DC 20044

Additionally, and in accordance with Rule 83.1(b)(4), Bryan M. Byrd hereby withdraws as an attorney of record for the United States.

| s/ Bryan M. Byrd | s/ Ioana C. Meyer |
|---|---|
| BRYAN M. BYRD | IOANA C. MEYER |
| Trial Attorney | Trial Attorney |
| United States Department of Justice | United States Department of Justice |
| Civil Division, Commercial Litigation Branch | Civil Division, Commercial Litigation Branch |
| (202) 305-7607 | (202) 305-0001 |
| bryan.m.byrd@usdoj.gov | Ioana.c.meyer@usdoj.gov |

November 25, 2025