# In the United States Court of Federal Claims

No. 25-218
(Filed: December 1, 2025)

```
**************************************
MANITOU ISLAND TRANSIT, LLC,         *
                                     *
                Plaintiff,           *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
                Defendant.           *
**************************************
```

## SCHEDULING ORDER

On November 26, 2025, the parties filed a third joint motion for an enlargement of time—of 62 days—for defendant to file its response to the complaint. [ECF 15]. The Court **GRANTS** the parties' unopposed motion for an enlargement of time. Defendant **SHALL FILE** its response to the complaint **no later than February 2, 2026**.

**IT IS SO ORDERED.**

s/ Thompson M. Dietz
THOMPSON M. DIETZ, Judge