# In the United States Court of Federal Claims

No. 25-218
(Filed: January 26, 2026)

```
*****************************************
MANITOU ISLAND TRANSIT, LLC,            *
                                        *
                Plaintiff,              *
                                        *
v.                                      *
                                        *
THE UNITED STATES,                      *
                                        *
                Defendant.              *
*****************************************
```

## SCHEDULING ORDER

On January 26, 2026, the parties filed a joint motion for an enlargement of time—of 60 days—for the defendant to file its response to the complaint. [ECF 17]. The Court **GRANTS** the parties joint motion for an enlargement of time. The defendant **SHALL FILE** its response to the complaint **no later than April 3, 2026**.

**IT IS SO ORDERED.**

s/ Thompson M. Dietz
THOMPSON M. DIETZ, Judge